IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

AHMED ABDULLATIFF HEZAM MOHAMMED ALSHAIF                PETITIONER

V.                              CIVIL ACTION NO. 5:26-cv-192-DCB-RPM

RAFAEL VERGARA                                          RESPONDENT

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

This matter is before the Court on Magistrate Judge Myers's Report and Recommendation ("Report") [ECF No. 6], which recommends that Petitioner Ahmed Abdullatiff Hezam Mohammed Alshaif's 28 U.S.C. § 2241 Petition be dismissed without prejudice as moot and Respondent's Motion to Dismiss be granted. The basis for this recommendation is Petitioner has been removed from the United States to Yeman. [ECF No. 5-1] at 2. The Report was entered on May 13, 2026, and objections were due by May 27, 2026. No party has objected to the Report.

As Judge Myers's Report indicates, the Petitioner sought release from ICE custody, and his petition is now moot because he has been released from custody. Additionally, the Court notes that after Judge Myers's Report was filed, counsel for Petitioner filed a Notice of Non-Opposition to Respondents Motion to Dismiss [ECF No. 7], acknowledging that due to Petitioner's removal from the United States, his Petition for Writ of Habeas Corpus is now moot.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a <u>de novo</u> review of

it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court, having reviewed Petitioner Ahmed Abdullatiff Hezam Mohammed Alshaif's 28 U.S.C. § 2241 Petition, the Respondent's Motion to Dismiss, and Judge Myers's Report, finds that the petition should be dismissed without prejudice as moot and the Respondent's Motion to Dismiss be granted. The Court adopts Judge Myers's findings and conclusions in full.

Accordingly,

The Court agrees with Judge Myers's recommendation. The Report [ECF No. 6] is hereby ADOPTED and the action is DISMISSED WITHOUT PREJUDICE.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED, this the 4th day of June, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE